IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GEORGETTE M. MOISUC | CIVIL ACTION<br>NO. 15-3799 |

### ORDER

**AND NOW**, this 19th day of June 2017, upon consideration of the Order of the United States Bankruptcy Court for the Eastern District of Pennsylvania dated June 24, 2015 (Doc. No. 6 at 2), Opening Brief of Appellant (Doc. No. 29), Brief of Appellee Deutsche Bank National Trust (Doc. No. 25), Brief of Appellee Gary F. Seitz, Esquire Chapter 7 Trustee (Doc. No. 26), Appellant's Reply Brief (Doc. No. 33), the record on appeal, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. The Bankruptcy Court's Order granting the Chapter 7 Trustee's Motion to Approve a Compromise between the Trustee and Deutsche Bank National Trust Company, in its capacity as Trustee under the Pooling and Servicing Agreement Dated as of January 1, 2005 for the Morgan Stanley ABS Capital I Inc. Trust 2005-HE1, is **AFFIRMED**; and

2. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.